OSCN Found Document:RE AUTHORIZATION OF CASE TYPES IP AND REF

 

 
 

 
 RE AUTHORIZATION OF CASE TYPES IP AND REF
2020 OK 102
Decided: 12/07/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 102, __ P.3d __

 
RE: Authorization of Case Types IP and REF
ORDER
Â¶1 In order to create more precise case types/prefixes for cases involving Initiative Petitions and Referendum Petitions, the following electronic case types/prefixes are hereby authorized for use on the Oklahoma Supreme Court Network and the Oklahoma Case Information System:

Case Type/Prefix

Description

IP

Initiative Petition

REF

Referendum Petition

Â¶2 Currently, cases involving Initiative Petitions and Referendum Petitions are generally given an "O" prefix for the "Other" category docket. This authorization will allow future cases involving Initiative Petitions and Referendums to be given an "IP" or "REF" prefix respectively, which will specifically designate the cases as involving an Initiative Petition or Referendum Petition.
Â¶3 The above case types/prefixes shall be integrated as soon as practicable for use by the Court Clerk of the Appellate Courts. The case numbers will be assigned by the Clerk of the Appellate Courts in sequence with other appellate cases.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 7th day of December, 2020.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.